# Patrick Morrissey

| | |
|---|---|
| **From:** | Monica Burkoth <burkothm@jbltd.com> |
| **Sent:** | Friday, November 5, 2021 10:35 AM |
| **To:** | Patrick Morrissey; Lisa M. McElroy; Samuel D. Branum; Miguel Larios (States Attorney) |
| **Cc:** | Thomas Morrissey |
| **Subject:** | RE: Mendoza v. Dart, Request for Conferral |

We can be available on Tuesday.

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Thursday, November 4, 2021 11:51 AM
**To:** Monica Burkoth <burkothm@jbltd.com>; Lisa M. McElroy <mcelroyl@jbltd.com>; Samuel D. Branum <branums@jbltd.com>; Miguel Larios (States Attorney) <MIGUEL.LARIOS@cookcountyil.gov>
**Cc:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** Mendoza v. Dart, Request for Conferral

Counsel:

I write following the Court's order today regarding this case. Although we had a telephone conferral during the afternoon of 10/25, discussed plaintiff's concern with various objections to written discovery outlined in the status report filed on 10/29, and the parties were unable to reach any agreement on the written discovery, I write to schedule another phone conferral as soon as possible regarding these matters. Can you please provide availability either tomorrow or Monday for this conferral? If these dates do not work, please propose an alternative date.

Also, Miguel, we need dates for the depositions of the various Cook County employees outlined in the 10/29 status report.

I appreciate your prompt attention to this matter.

Pat

--
Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
773-233-7901
pwm@morrisseylawchicago.com
http://morrisseylawchicago.com


Monica Burkoth, Attorney at Law



33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770 | F: (312) 372-9818
**D: (312) 984-3421**
burkothm@jbltd.com | www.johnsonandbell.com

_____

All contents of this e-mail and any attachment are private & confidential. If received or viewed by anyone other than the intended recipient, neither this e-mail nor any attachments, or anything derived from these, may be used or passed on for any purpose whatsoever, and all materials must be destroyed and the sender notified immediately.