IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Steven Mendoza, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -vs- | ) | No. 20-cv-670 |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | Judge Bucklo |
| and Cook County, Illinois, | ) | |
| | ) | Magistrate Judge McShain |
| | ) | |
| *Defendants.* | ) | |

**STATUS REPORT**

Pursuant to the Court's order entered December 16, 2021, Dkt. 109, in Case No. 20-cv-670, the parties file the following joint status report:

The parties filed a joint status report in *Mendoza v. Dart*, 21-cv-3727, on December 31, 2021 and proposed a unified expert discovery schedule for *Mendoza v. Dart* , 21-cv-3727, and *Mendoza v. Dart*, 20 C 670, for plaintiff. *See* Case No. 21-cv-3727, Dkt. 26, Joint Status at 2. The joint status report identifies March 4, 2022 for plaintiff to disclose his expert report. *Id.* at 2. The plaintiff believes this date is realistic for service of the expert report. On January 14, 2022, the parties inspected the Leighton Courthouse.

On January 3, 2022, the district court granted an unopposed motion to consolidate Case Nos. 20 C 670 and 21 C 3727. The Order entered in Case No. 20 C 670 explained the "cases are consolidated for all purposes and all further filings should be made in the lower case no. 20-cv-670." Dkt. 114.

Date: 1/17/2022                    Respectfully submitted,


/s/ Patrick Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7901
pwm@morriseylawchicago.com

/s/ Samuel Branum (with consent)
Johnson & Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603
(312) 372-0770

/s/ Miguel Larios (with consent)
Cook County State's Attorney
50 W. Washington, Suite 2760
Chicago, IL 60602