IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Steven Mendoza, | ) | |
| *Plaintiff,* | ) ) ) | |
| -vs- | ) ) | No. 20-cv-670 |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) ) | Judge Bucklo Magistrate Judge McShain |
| *Defendants.* | ) ) | |

**STATUS REPORT**

Pursuant to the Court's order entered December 6, 2021, Dkt. 107, the parties file the following joint status report:

The parties have a status hearing with the Magistrate Judge on January 24, 2022 at 8:30 am to discuss respective positions on expert discovery and a motion hearing.

Date: __1/20/2022__        Respectfully submitted,

/s/ Patrick Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7901
pwm@morrisseylawchicago.com

/s/ Samuel Branum (with consent)
Johnson & Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603

                                                 (312) 372-0770

                                                 /s/ <u>Miguel Larios </u>(with consent)
                                                 Cook County State's Attorney
                                                 50 W. Washington, Suite 2760
                                                 Chicago, IL 60602