IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Steven Mendoza,

Plaintiff(s),

v.

Thomas Dart, Sheriff of Cook County, and Cook County, Illinois,

Defendant(s).

Case No. 20 CV 670
Judge Jeremy C. Daniel

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Thomas Dart, Sheriff of Cook County and Cook County, Illinois and against plaintiff(s) Steven Mendoza

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Jeremy C. Daniel presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☐ decided by Judge          on a motion

Date: 3/26/2024                              Thomas G. Bruton, Clerk of Court

                                             Vettina Franklin , Deputy Clerk